Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

**RECEIVED**
JUL 0 1 2019
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Walter Henderson Holloway / Mixed Couples of Interacial Morrirages

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Salem Baptist Church 31st Lake Omaha NE / U.S. Jim Crow Laws

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Walter H. Holloway
Street Address: 2223 Jones Apt #2
City and County: Omaha, Douglas
State and Zip Code: Nebraska 68102
Telephone Number: 813-4042 or 402
E-mail Address: Cyber Bully Blocked

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Salem Baptist Church
- Job or Title (if known): Entrapment of A Deacon
- Street Address: 31st lake
- City and County: Omaha, Douglas
- State and Zip Code: Nebraska 68111
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Pastor of Salem Baptist
- Job or Title (if known): Counseler / Pinning my Job to Deacon
- Street Address: 1 block North of Church / Church House
- City and County: Omaha, Douglas
- State and Zip Code: Nebraska 68111
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Appointed Wife of the Church
- Job or Title (if known): Guardian
- Street Address: 31st lake
- City and County: Omaha, Douglas
- State and Zip Code: Nebraska 68111
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: University Med Center Out Patients
- Job or Title (if known): Host's of Females of Domestic Violence Entrapment of a Deacon,
- Street Address: 412 Monroe Meyer Institute 412 Saddle Creek
- City and County: Omaha, Douglas
- State and Zip Code: Nebraska 68107
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question   ☑ Diversity of citizenship   *Cincinnati Ohio Cases Matched in Omaha Nebraska*

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Nebraska Statues (1) Section 4-1103 A Religous Corportion is Exempt of In fluunce and Charging a Person to a Oath Punishment, In the Domestic Service of a Person, Employment Block, Housing Block, Court Appeals Block, Mail Communica Computor Block.*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* **Walter Henderson Holloway**, is a citizen of the State of *(name)* **Nebraska, Ohio, Wisconson, Louisana New Orleans California**

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* **Walter H. Holloway**, is incorporated under the laws of the State of *(name)* **New York, California, Nebraska** and has its principal place of business in the State of *(name)* **Ohio, Medical/hand Occupation of CDC hisence, Center of Disease Control - Atlanta Georgia**

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)   *He was jealousy and kept getting money for the Pastor of Salem at the time Church*

    a. If the defendant is an individual

    The defendant, *(name)* **Can not remember**, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

   b. If the defendant is a corporation
   The defendant, (name) **Salem Baptist Church**, is incorporated under the laws of the State of (name) **Nebraska**, and has its principal place of business in the State of (name) **Nebraska, Baptist Conference**
   Or is incorporated under the laws of (foreign nation) _____,
   and has its principal place of business in (name) **Salem Baptist Church**

   (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain): The Church got ahold to information of sex drugs that are used in the Church Barroughs on the property, same Drugs used in child molestation and interracial marriages of a alcoholic and relief of Soldiers Violent Behavior

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Court is using the same records of me, Walter A. Holloway being a victim of penis strangulation and anus/ass penetration to Motch records and use the Salem Docket to block Employment Legalizing the Acts of Judge Schaltz Roilroading Charges, with Cincinnati Ohio Records Motch to Omaha Nebraska Records of Hand bitting and confiscation of Medical License to practic

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. (The Church was making Male/Female Prostitutes on Property, From Melissa Crawford her and her twin Medical Therapy of 2002, to Kristie Griggs, Dathea Turner, Mary E- Mary Ellis Darla Wilson- Darlo Champman all are listed as my Patients. Asking for Medical Billing of Back Pay Due to File for Damages of the Church stopping 18-years of employm

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/24/2019

Signature of Plaintiff: *Walter Henderson Holloway*

Printed Name of Plaintiff: Walter Henderson Holloway

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Bohemian Office
Cemetery; Walter H. Holloway
5291 Center
Omaha NE 68106



OMAHA NE 680
27 JUN 2019 PM 1 L

Clerk, United States District Court
U.S. Court House
P.O. Box 9344
Des Moines, Iowa 50306-9344

X-RAYED & CLEARED BY U.S.M.S.

50306-934444